PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF OHIO

U.S.A. vs. Frank Russo          Docket No. 1:10CR384-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Suzanne Evans, PRETRIAL SERVICES AND PROBATION OFFICER, presenting an official report upon the conduct of defendant Frank Russo, who was placed under pretrial release supervision by the Honorable Kathleen O'Malley sitting in the Court at Cleveland, Ohio, on September 16, 2010, under the following conditions:

- The defendant shall not commit any offense in violation of federal state or local law while on release in this case.
- The defendant shall immediately advise the Pretrial Services Office, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.
- The defendant shall refrain from possessing a firearm destructive device or dangerous weapon.
- Defendant's travel is restricted to the Northern District of Ohio and/or, subject to further order of the court. .
- Refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. Section 802 unless prescribed by a licensed medical practitioner.
- The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.
- The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. 1413a.
- (B) Submit to Pretrial Services supervision as directed, and submit to home or employment visits by Pretrial Services as deemed necessary, and promptly inform Pretrial Services of any address, phone number, or employment changes.
- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness (with exception of family members).
- Surrender passport to Clerk of Court no later than 9-17-10 and/or obtain no new passport.

Respectfully presenting petition for action of Court and for cause as follows:

> On March 14, 2011, the defendant informed Pretrial Services that he has been experiencing a lot of anxiety due to his legal situation. The defendant asked if he could participate in mental health counseling while on bond.

Pretrial Services respectfully request the defendant's bond be amended to include mental health counseling. Pretrial Services has made contact with Attorney Roger Synenberg and AUSA Ann Rowland, and they have no objection to this modification.

PRAYING THAT THE COURT WILL ORDER

- Undergo mental health evaluation and/or counseling as directed by Pretrial Services. Take all medications as prescribed.

ORDER OF COURT - *Granted.*

Considered and ordered this __24th__ day of __March__, 20__11__ and ordered filed and made a part of the records in the above case.

*Kathleen M. O'Malley*
U.S. District Judge

Respectfully,

*Suzanne Evans*
Suzanne Evans
U.S. Pretrial Services and Probation Officer

Place:

Date: March 23, 2011